**In re the ADOPTION OF C.A.C.,
a Minor, Respondent,**

v.

**Bridgett CAMPBELL, Appellant,**

**and**

**Robert C. Campbell, Defendant.**

**No. WD 46731.**

Missouri Court of Appeals,
Western District.

Aug. 31, 1993.

George A. Wheeler, Kansas City, for appellant.

Cecilia O'Connor, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM.

Appeal from termination of temporary custody and from dismissal of petition of adoption.

Judgment affirmed pursuant to Rule 84.-16(b).

■

**Terry BLACKMON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47134.**

Missouri Court of Appeals,
Western District.

Aug. 31, 1993.

Lew A. Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM.

Appeal from dismissal of Rule 24.035 postconviction motion for untimely filing.

Judgment affirmed. Rule 84.16(b).